IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

SHAWN O'HARA                                                                                           PLAINTIFF

VERSUS                                                         CIVIL ACTION NO. 2:05cv103KS-MTP

PETAL POLICE DEPARTMENT; C/O
DAVID BENOIT; DAVID BENOIT;
JONATHAN NOBLES; BRIAN PACE;
And DANA ANDERSON                                                                            DEFENDANTS

CONSOLIDATED WITH

SHAWN O'HARA                                                                                           PLAINTIFF

VERSUS                                                         CIVIL ACTION NO. 2:05cv104KS-MTP

PETAL POLICE DEPARTMENT; C/O
DAVID BENOIT; DAVID BENOIT;
JONATHAN NOBLES; BRIAN PACE;
And DANA ANDERSON                                                                            DEFENDANTS

## JUDGMENT

This matter is before the court on Motions for Summary Judgment **[#102]** and **[#104]** filed on behalf of the defendants in Civil Action No. 2:05cv103 and identical motions **[#90]** and **[#92]** filed on behalf of the same defendants in Civil Action No. 2:05cv104.  The Court, being fully advised in the premises and having entered a separate Memorandum Opinion and Order;

It is Ordered and Adjudged:

the Motions for Summary Judgment in Civil Action No. 2:05cv103 **[#102]** and **[#104]** and the Motions for Summary Judgment in Civil Action No. 2:05cv104 **[#90]** and

**[#92]** are Granted and the plaintiff's Amended Complaints in both of these cases is dismissed with prejudice; and

That any other pending motions are dismissed as moot.

SO ORDERED AND ADJUDGED this the 6th day of September, 2006.

s/ *Keith Starrett*
UNITED STATES DISTRICT JUDGE